IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DENNIS J. DIFFER, #236916, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:13-cv-0506-TMH |
| | )             [WO] |
| CAROLYN LONGMIRE, *et al.*, | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #23) filed on October 3, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #16) entered on September 18, 2013 is adopted;

3. The motion for preliminary injunction filed by the plaintiff is DENIED; and

4. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 28th day of October, 2013.

　　　　　　　　　　　　　　　　　　　　/s/  Truman M. Hobbs
　　　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE