IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DENNIS J. DIFFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:13cv506-TMH |
| | )   (WO) |
| CAROLYN LONGMIRE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On September 18, 2013, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.   Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED as follows:

(1)     The recommendation of the magistrate judge (doc. no.16) is adopted.

(2)     The motion for preliminary injunction (doc. No. 8)  is denied.

(3).     This case is referred back to the magistrate judge for additional proceedings.

Done this the 22nd day of July,  2014.


　　　　　　　　　　　　　　　　　　　　　／s／   Myron H. Thompson
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE